**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 359 MAL 2022

          Respondent               :

                                            :    Petition for Allowance of Appeal

                                            :    from the Order of the Superior Court

          v.                           :

                                            :

NNAEMEKA RAPHAEL ANI,              :

                                            :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.